✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada

G. Gene Hurd,

Plaintiff,

V.

CMKM Diamonds, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:07-cv-0215-RCJ-LRL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court finds that no federal causes of action remain pending before it, the case is hereby dismissed with prejudice.

September 28, 2007

Date

/s/ Lance S. Wilson

Clerk

/s/ Andrew Mennear

(By) Deputy Clerk